| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Roberts, John G. | 2. Court or Organization Supreme Court of the U.S. | 3. Date of Report 05/15/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Chief Justice | 5a. Report Type (check appropriate type) ☐ Nomination   Date ☐ Initial   ☑ Annual   ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2012 to 12/31/2012 |
| 7. Chambers or Office Address One First Street, NE Washington, DC 20543 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 08/09/2012 | New England School of Law | $20,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Major, Lindsey & Africa, LLC -- Attorney Search Consultants -- Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New England School of Law | 07/03-11/2012 | Valetta, Malta | Taught six-day course on The U.S. Supreme Court - Historical Perspective | Air transportation, meals, and lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, John G. | 05/15/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, John G. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Time Warner | C | Dividend | M | T | | | | | |
| 2. Dell (Common) | A | Dividend | | | Sold | 12/11/12 | L | F | |
| 3. Freddie Mac (Common) (Y) | | | | | | | | | |
| 4. Hewlett-Packard (Common) | A | Dividend | K | T | | | | | |
| 5. Hillenbrand (Common) | A | Dividend | J | T | | | | | |
| 6. Hill-Rom Holdings, Inc. | A | Dividend | J | T | | | | | |
| 7. Intel (Common) | C | Dividend | | | Sold | 12/11/12 | L | D | |
| 8. Microsoft (Common) | D | Dividend | M | T | | | | | |
| 9. Nokia (Common) | A | Dividend | J | T | | | | | |
| 10. Lam Research, See Sec. VIII | | None | | | Sold | 06/07/12 | J | A | |
| 11. Texas Instruments (Common) | B | Dividend | M | T | | | | | |
| 12. TMO (Common) | A | Dividend | L | T | | | | | |
| 13. Sirius XM Radio (Common) See Part VIII | B | Dividend | L | T | | | | | |
| 14. Washington REIT | A | Dividend | J | T | Sold (part) | 03/07/12 | J | | |
| 15. Am Cent Gr Fund | B | Dividend | K | T | Buy (add'l) | 03/23/12 | K | | |
| 16. Davis Real Est A, See Sec. VIII | A | Dividend | | | Sold | 03/07/12 | K | | |
| 17. Fidelity Contrafund Fund "K" | | None | | | Sold | 03/06/12 | L | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, John G. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. NB Kaminsky II | | None | | | Sold | 03/06/12 | J | A | |
| 19. Fidelity Low Priced Stock "K" Fund | | None | | | Sold | 03/06/12 | N | F | |
| 20. Fidelity Spartan 500 Index INST | | None | | | Sold | 03/06/12 | N | D | |
| 21. Fidelity Growth Company "K" Fund | | None | | | Sold | 03/06/12 | L | E | |
| 22. Fidelity Overseas "K" Fund | | None | | | Sold | 03/06/12 | M | A | |
| 23. Fidelity Select Energy Fund | | None | K | T | | | | | |
| 24. Fidelity Managed Income Portfolio | A | Dividend | | | Sold | 03/06/12 | L | A | |
| 25. Fidelity Retirement Money Market | A | Dividend | | | Sold | 03/06/12 | L | A | |
| 26. Mutual Beacon Z | A | Dividend | | | Sold | 03/07/12 | J | A | |
| 27. Mutual Global Discovery Z | A | Dividend | | | Sold | 03/07/12 | J | A | |
| 28. Janus Ent Fund | | None | | | Sold | 03/20/12 | K | E | |
| 29. Janus Fund | | None | | | Sold | 03/20/12 | K | C | |
| 30. Janus WW Fund | | None | | | Sold | 03/20/12 | K | D | |
| 31. BlackRock International Fund | | None | | | Sold | 03/20/12 | L | | |
| 32. Lord Abbett Dev Gr Fund | | None | | | Sold | 03/07/12 | K | D | |
| 33. Putnam Multi-Cap Growth Fund | | None | J | T | | | | | |
| 34. Putnam Voyager Fund | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, John G. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Columbia Seligman | | None | | | Sold | 04/11/12 | K | E | |
| 36. Torray Fund | | None | | | Sold | 03/20/12 | M | | |
| 37. TR Price Euro Stock Fund | | None | | | Sold | 04/11/12 | J | D | |
| 38. TR Price SCi & Tech Fund | | None | | | Sold | 04/11/12 | K | D | |
| 39. Vanguad Int'l Gr Fund | B | Dividend | L | T | Sold (part) | 03/21/12 | K | | |
| 40. | | | | | Sold (part) | 06/04/12 | K | | |
| 41. Vanguard Sm Cap Index Fund | B | Dividend | L | T | Sold (part) | 03/21/12 | L | E | |
| 42. Ing Em Countries A Fund, See Sec. VIII | | None | | | Sold | 03/20/12 | K | C | |
| 43. MTB Money Mkt account | A | Dividend | | | Sold | 03/14/12 | L | | |
| 44. Fidelity Cash Reserves | A | Dividend | | | Sold | 03/07/12 | L | | |
| 45. C. Schwab Money Mkt Fund | A | Dividend | J | T | | | | | |
| 46. C. Schwab Muni M. Fund | A | Distribution | M | T | | | | | |
| 47. Wells Fargo bank accounts | A | Interest | J | T | | | | | |
| 48. Capital One, Inc | A | Interest | O | T | | | | | |
| 49. 1/8 int. cottage, Knocklong, Co. Limerk., IRE | A | Rent | K | W | | | | | |
| 50. TR Price Prime Res Fund | | None | | | Sold | 04/11/12 | J | | |
| 51. Blackrock S&P Index Fund | | None | | | Sold | 03/07/12 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, John G. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SPDR S&P MidCap 400 ETF TR Unit Ser 1 | A | Dividend | | | Sold | 03/07/12 | M | F | |
| 53. Utah Educ. Svgs Plan (Equities-10% Total Int'l. Option) | D | Dividend | N | T | Buy (add'l) | 01/30/12 | K | | |
| 54. Pillsbury Winthrop Ret. Plan Fid.Mgd.Inc.Port II (bond fund) | A | Int./Div. | | | Buy (add'l) | 03/12/12 | N | | |
| 55. | | | | | Sold | 03/28/12 | N | | |
| 56. Allegis Group Ret. Plan | A | Dividend | K | T | | | | | |
| 57. Time Warner Cable | B | Dividend | M | T | | | | | |
| 58. AOL | B | Distribution | J | T | | | | | |
| 59. BlackRock International Opportunities | C | Dividend | M | T | Buy | 03/22/12 | M | | |
| 60. | | | | | Buy (add'l) | 04/16/12 | L | | |
| 61. Eaton Vance Income Fund of Boston EIBIX | C | Dividend | L | T | Buy | 03/22/12 | L | | |
| 62. | | | | | Buy (add'l) | 08/16/12 | K | | |
| 63. Eaton Vance Global Macro Absolute Return EIGMX | C | Dividend | M | T | Buy | 03/22/12 | L | | |
| 64. | | | | | Buy (add'l) | 04/16/12 | K | | |
| 65. | | | | | Buy (add'l) | 11/29/12 | K | | |
| 66. First Eagle Global SGIIX | D | Dividend | M | T | Buy | 03/22/12 | L | | |
| 67. | | | | | Buy (add'l) | 03/23/12 | K | | |
| 68. | | | | | Buy (add'l) | 04/16/12 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, John G. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Gabelli Equity Income GCIEX | C | Dividend | M | T | Buy | 03/22/12 | M | | |
| 70. | | | | | Buy (add'l) | 03/23/12 | L | | |
| 71. | | | | | Buy (add'l) | 04/16/12 | K | | |
| 72. Gabelli Small Cap Growth GACIX | C | Dividend | M | T | Buy | 03/22/12 | L | | |
| 73. | | | | | Buy (add'l) | 04/16/12 | K | | |
| 74. Hussman Strategic Growth | B | Dividend | M | T | Buy | 03/22/12 | L | | |
| 75. | | | | | Buy (add'l) | 03/23/12 | J | | |
| 76. | | | | | Buy (add'l) | 04/16/12 | K | | |
| 77. | | | | | Buy (add'l) | 06/04/12 | K | | |
| 78. | | | | | Sold (part) | 11/29/12 | K | | |
| 79. MFS Bond MBDIX | D | Dividend | M | T | Buy | 03/22/12 | M | | |
| 80. | | | | | Buy (add'l) | 04/16/12 | L | | |
| 81. Virtus Emerging Markets Opportunities HIEMX | B | Dividend | M | T | Buy | 03/22/12 | L | | |
| 82. | | | | | Buy (add'l) | 03/23/12 | K | | |
| 83. | | | | | Buy (add'l) | 04/16/12 | K | | |
| 84. PIMCO Low Duration INST | C | Dividend | L | T | Buy | 03/23/12 | L | | |
| 85. | | | | | Buy (add'l) | 04/16/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, John G. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. PIMCO Emerging Markets Bond INST | C | Dividend | L | T | Buy | 03/22/12 | L | | |
| 87. | | | | | Buy (add'l) | 04/16/12 | K | | |
| 88. PIMCO Real Return INST | C | Dividend | L | T | Buy | 03/22/12 | L | | |
| 89. | | | | | Buy (add'l) | 04/16/12 | K | | |
| 90. RS Global Natural Resources | A | Dividend | L | T | Buy | 03/22/12 | K | | |
| 91. | | | | | Buy (add'l) | 03/23/12 | J | | |
| 92. | | | | | Buy (add'l) | 04/16/12 | K | | |
| 93. T. Rowe Price Real Estate | B | Dividend | K | T | Buy | 03/22/12 | K | | |
| 94. | | | | | Buy (add'l) | 03/23/12 | J | | |
| 95. | | | | | Buy (add'l) | 04/16/12 | J | | |
| 96. Royce Value Fund | D | Dividend | M | T | Buy | 03/22/12 | L | | |
| 97. | | | | | Buy (add'l) | 03/23/12 | L | | |
| 98. | | | | | Buy (add'l) | 04/16/12 | K | | |
| 99. T. Rowe Price Blue Chip Growth | A | Dividend | M | T | Buy | 03/22/12 | M | | |
| 100. | | | | | Buy (add'l) | 04/16/12 | K | | |
| 101. Wells Fargo Inc. Adv. Treas. Plus Mon. Mkt. Fund (WTPXX) | A | Dividend | K | T | Buy | 03/22/12 | K | | |
| 102. | | | | | Buy (add'l) | 03/23/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, John G. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 03/26/12 | J | | |
| 104. | | | | | Sold (part) | 03/29/12 | J | | |
| 105. | | | | | Sold (part) | 04/13/12 | J | | |
| 106. | | | | | Buy (add'l) | 04/16/12 | J | | |
| 107. | | | | | Sold (part) | 04/18/12 | J | | |
| 108. | | | | | Sold (part) | 04/23/12 | J | | |
| 109. | | | | | Sold (part) | 07/13/12 | J | | |
| 110. | | | | | Sold (part) | 10/12/12 | J | | |
| 111. | | | | | Buy (add'l) | 12/21/12 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Roberts, John G.** | 05/15/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 10, part VII.  Novellus Systems was purchased by Lam Research on June 4, 2012.

Line 13, part VII.  Column B(1) also includes a distribution.

Line 16, part VII.  December 2011 dividend became available in January 2012.

Line 42, part VII.  The value code for 2011 should have been "K" instead of "M."

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **John G. Roberts**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544